NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRED L. FREDRICK-BEY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3165

---

Petition for review of the Merit Systems Protection Board in case no. DC0752110799-I-1.

---

## ON MOTION

---

## ORDER

The Merit Systems Protection Board moves for a 40-day extension of time, until October 23, 2012, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Fred L. Fredrick-Bey
     Sara B. Rearden, Esq.

s27

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 7 2012

JAN HORBALY
CLERK